## 28334. DAVIS v. AULT.

*James C. Bennett, Jr.,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 28415. DANIELS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.

*M. Francis Stubbs,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 28450. PERKINS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*